IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARVIN M. KO, <br><br> Plaintiff, <br><br> v. <br><br> FIRST NATIONAL BANK OF OMAHA and EXPERIAN INFORMATION SOLUTIONS, INC., <br><br> Defendants. | Case No.: **8:17-cv-00136-DOC-DFM** <br><br> **ORDER GRANTING JOINT MOTION FOR DISMISSAL OF DEFENDANT FIRST NATIONAL BANK OF OMAHA [20]** <br><br> **HON. DAVID O. CARTER** |

Based upon the Joint Motion for Dismissal, and good cause, this Court hereby orders Defendant First National Bank of Omaha to be dismissed with prejudice. The action remains pending with regard to the remaining defendant, EXPERIAN INFORMATION SOLUTIONS, INC.

IT IS ORDERED.

Dated: September 26, 2017

*David O. Carter*

**HON. DAVID O. CARTER**
UNITED STATES DISTRICT JUDGE

ORDER                                  1