JS-6

# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARVIN M. KO,<br><br>　　　　Plaintiff,<br><br>v.<br><br>FIRST NATIONAL BANK OF OMAHA and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>　　　　Defendants. | Case No.: 8:17-cv-00136-DOC-DFM<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. WITH PREJUDICE [22]**<br><br>**HON. DAVID O. CARTER** |

　　Based upon the Joint Stipulation, this Court hereby orders the Defendant EXPERIAN INFORMATION SOLUTIONS, INC to be dismissed with prejudice. Each party to bear their own attorneys' fees and costs.

IT IS ORDERED.

Dated: December 20, 2017

*/s/ David O. Carter*
**HON. DAVID O. CARTER**
UNITED STATES DISTRICT JUDGE